1  John S. Siamas (SBN 49061)
   Karen A. Braje (SBN 193900)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6  Telephone:  415.543.8700
   Facsimile:  415.391.8269
7
   Attorneys for Plaintiff
8  The Fansler Foundation

9

                    FILED
                   FEB 15 2007
           CLERK, U.S. DISTRICT COURT
           EASTERN DISTRICT OF CALIFORNIA
           BY_____
                      DEPUTY CLERK

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12                    FRESNO DIVISION

13 | THE FANSLER FOUNDATION, a California    | No.: 1:04-CV-05285 LJO DLB
   | non-profit foundation,
14 |                                          | **STIPULATION AND ORDER
   |                Plaintiff,                | ESTABLISHING SCHEDULE AND
15 |                                          | DEADLINES**
   |        vs.
16 |
   | AMERICAN REALTY INVESTORS, INC., a
17 | Nevada corporation; and BASIC CAPITAL
   | MANAGEMENT, INC., a corporation,
18 |
   |                Defendants.
19

20

21

22                    **STIPULATION**

23

24      The parties to this action, plaintiff The Fansler Foundation and defendants American Realty

25 Investors, Inc. and Basic Capital Management, Inc. (collectively the "Parties"), hereby stipulate and

26 agree as follows:

27

28

1.  **TRIAL DATE.**

The Parties agree and propose that this matter be set for a ten to twelve day jury trial commencing on November 5, 2007 before the Honorable Lawrence J. O'Neill, U.S. District Court Judge.

2.  **SCHEDULE AND DEADLINES.**

The Parties agree and propose the following schedule and deadlines be ordered by the Court:

| | |
|---|---|
| Close of Discovery Other than Experts | May 14, 2007 |
| Initial Expert Witness Disclosures by Plaintiff | May 21, 2007 |
| Initial Expert Witness Disclosures by Defendants | July 2, 2007 |
| Supplemental Expert Witness Disclosures by Plaintiff | July 16, 2007 |
| Close of Expert Discovery (including depositions) | July 30, 2007 |
| Pretrial Motion Filing Deadline | August 6, 2007 |
| Mandatory Settlement Conference | August 27, 2007 |
| Pretrial Motion Hearing Deadline | September 10, 2007 |
| Pretrial Conference | October 1, 2007 |
| Trial | November 5, 2007 |

////
////
////
////
////
////
////
////

IT IS SO STIPULATED.

DATED: February 13, 2007                                REED SMITH LLP

_/s/ John S. Siamas_
John S. Siamas
Attorneys for Plaintiff
The Fansler Foundation

DATED: February 13, 2007                                ROEMER, HARNIK & NETHERY LLP

_/s/ D. Martin Nethery_
D. Martin Nethery
Attorneys for Defendants
American Realty Investors, Inc. and
Basic Capital Management, Inc.

## ORDER

GOOD CAUSE APPEARING THEREFORE IT IS HEREBY ORDERED as follows:

1. This case shall be set for a ten to twelve day jury trial to commence on November 5, 2007 before the Honorable Lawrence J. O'Neill, U.S. District Court Judge.

2. The following schedule and deadlines are hereby ordered:

| | |
|---|---|
| Close of Discovery Other than Experts | May 14, 2007 |
| Initial Expert Witness Disclosures by Plaintiff | May 21, 2007 |
| Initial Expert Witness Disclosures by Defendants | July 2, 2007 |
| Supplemental Expert Witness Disclosures by Plaintiff | July 16, 2007 |
| Close of Expert Discovery (including depositions) | July 30, 2007 |
| Pretrial Motion Filing Deadline | August 6, 2007 |
| Mandatory Settlement Conference | August 27, 2007 at 10:00am (DLB) |
| Pretrial Motion Hearing Deadline | September 10, 2007 |

| | | |
|---|---|---|
| 1 | Pretrial Conference | October 1, 2007, 8:30 a.m. |
| 2 | Trial | November 5, 2007, 9:00 a.m. |

IT IS SO ORDERED.

DATED: February 15, 2007

_____
Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

DOCSSFO-12469033.1