1  John S. Siamas (SBN 49061)
   Karen A. Braje (SBN 193900)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111-3922

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6
7  Telephone:  415.543.8700
   Facsimile:  415.391.8269

8  Attorneys for Plaintiff
   The Fansler Foundation

**FILED**

MAR 2·8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| THE FANSLER FOUNDATION, a California non-profit foundation,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY INVESTORS, INC., a Nevada corporation; and BASIC CAPITAL MANAGEMENT, INC., a Nevada corporation,<br><br>        Defendants. | No.: 1:04-cv-05285 LJO (DLB)<br><br>STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION TO MAY 4, 2007<br><br>Previous Hearing Date: April 20, 2007<br>Stipulated Hearing Date: May 4, 2007<br>Time: 8:30 a.m.<br>Place: Department 4<br>Trial Date: November 5, 2007<br><br>Honorable Lawrence J. O'Neill |

STIPULATION

WHEREAS, Plaintiff The Fansler Foundation (the "Foundation") filed a Notice of Motion ("Notice") and Motion for Preliminary Injunction ("Motion") on March 22, 2007, and personally served the Notice and Motion on defendants American Realty Investors, Inc. ("ARI") and Basic Capital Management, Inc. ("BASIC") (collectively "Defendants") on March 23, 2007; and

WHEREAS, the Foundation, by the Notice and Motion, scheduled the hearing date for the preliminary injunction on April 20, 2007; and

No.: 1:04-cv-05285 LJO (DLB)                    – 1 –
STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING FOR PLAINTIFF'S MOTION FOR

1  WHEREAS, counsel for Defendant has indicated that he is unavailable on the currently
2  scheduled hearing date; and
3  WHEREAS, the Parties have agreed to continue the hearing date until May 4, 2007;

5  **THEREFORE, IT IS HEREBY AGREED** by and between the Foundation and
6  Defendants, through their undersigned counsel of record, that:
7  1.   The hearing date for the Foundation's Motion for Preliminary Injunction is hereby
8  rescheduled to May 4, 2007, at 8:30 a.m.;

**IT IS SO STIPULATED.**

DATED: March 27, 2007

REED SMITH LLP

By _____
John S. Siamas
Karen A. Braje
Attorneys for Plaintiff
The Fansler Foundation

DATED: _____

ROEMER, HARNIK & NETHERY, LLP

By _____
D. Martin Nethery
Attorneys for Defendants
American Realty Investors, Inc. and Basic Capital Management, Inc.

DOCSSFO-12473569.1-MSHEIK3/27/07 4:53 PM

No.: 1:04-cv-05285 LJO (DLB)     – 2 –
STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING FOR PLAINTIFF'S MOTION FOR

Case 1:04-cv-05285-LJO-DLB   Document 48   Filed 03/28/07   Page 3 of 3

03/27/2007 17:30 FAX  415 391 8269      REED SMITH LLP                      005/005
Mar-27-2007 16:50    From-ROEMER,HARNIK & NETHERY LLP    7603601211    T-704  P.002/002  F-870

1  WHEREAS, counsel for Defendant has indicated that he is unavailable on the currently
2  scheduled hearing date; and
3  WHEREAS, the Parties have agreed to continue the hearing date until May 4, 2007;
4
5  **THEREFORE, IT IS HEREBY AGREED** by and between the Foundation and
6  Defendants, through their undersigned counsel of record, that:
7  1.   The hearing date for the Foundation's Motion for Preliminary Injunction is hereby
8  rescheduled to May 4, 2007, at 8:30 a.m.;
9
   **IT IS SO STIPULATED.**
10
11
12  DATED: _____
13                                              REED SMITH LLP
14
                                                By_____
15                                                 John S. Siamas
                                                   Karen A. Braje
16                                                 Attorneys for Plaintiff
                                                   The Fansler Foundation
17
18  DATED: 3/27/07
19                                              ROEMER, HARNIK & NETHERY, LLP
20
                                                By_____
21                                                 D. Martin Nethery
                                                   Attorneys for Defendants
22                                                 American Realty Investors, Inc. and Basic Capital
                                                   Management, Inc.
23  DOCSSFO-12473549.1-MSH-BK3/27/07 2:50 PM
24
25  IT IS SO ORDERED.
26  Dated: March 28, 2007
27                                              _____
                                                HONORABLE LAWRENCE J. O'NEILL
28                                              U.S. District Judge

No.: 1:04-cv-05285 LJO (DLB)                    -2-
STIPULATION AND [PROPOSED] ORDER RESCHEDULING HEARING FOR PLAINTIFF'S MOTION FOR