UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FANSLER FOUNDATION, | CASE NO. CV-F-04-5285 LJO DLB |
| Plaintiff, | **ORDER RE DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT** |
| vs. | |
| AMERICAN REALTY INVESTORS, INC., et al., | |
| Defendant. | |

Counsel has informed the Court that the above-captioned case has settled. **In accordance with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be submitted no later than December 10, 2007.**

**All court dates** and any pending motions, including the November 13, 2007 trial date, set in this matter are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see this Court's Local Rule 16-160 and Local Rule 16-272.)

IT IS SO ORDERED.

**Dated:    October 24, 2007**             /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE