John S. Siamas (SBN 49061)
Karen A. Braje (SBN 193900)
Mani Sheik (SBN 245487)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  415.543.8700
Facsimile:  415.391.8269

Attorneys for Plaintiff
The Fansler Foundation

FILED
JAN 1 0 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE FANSLER FOUNDATION, a California non-profit foundation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY INVESTORS, INC., a Nevada corporation; and BASIC CAPITAL MANAGEMENT, INC., a Nevada corporation<br><br>Defendants. | No.: 1:04-cv-05285 LJO (DLB)<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE, EXCEPT TO THE EXTENT OF RETAINING JURISDICTION FOR PURPOSES OF ENFORCEMENT OF A SETTLEMENT AGREEMENT AND ENTRY OF JUDGMENT PURSUANT TO THE TERMS THEREOF, AND ORDER ON STIPULATION** |

IT IS HEREBY STIPULATED by and between Plaintiff The Fansler Foundation (the "Foundation" or "Plaintiff") and Defendants American Realty Investors, Inc., ("ARI") and Basic Capital Management, Inc. ("Basic," and collectively with ARI "Defendants"), through their designated counsel, that this Court shall dismiss with prejudice all claims in the above-captioned action between and among the Parties pursuant to their Settlement Agreement (the "Agreement") and Federal Rule of Civil Procedure 41(a)(1).

1  THE PARTIES FURTHER STIPULATE and agree that this Court may and shall retain
2  jurisdiction for the purpose of enforcing the Agreement and entry of judgment pursuant to the terms
3  thereof and pursuant to a Stipulation To Entry of Judgment in Favor of the Fansler Foundation (the
4  "Judgment Stipulation") executed concurrently herewith but not filed with this Court at this time.
5  The Parties expressly consent to the Court's jurisdiction for these purposes.

7  FINALLY, THE PARTIES STIPULATE that each party shall bear its own attorneys' fees
8  and costs, except as otherwise provided in the Agreement or the Judgment Stipulation.

10  IT IS SO STIPULATED.

DATED: December 19, 2007        REED SMITH LLP

By _____
John S. Siamas
Karen A. Braje
Attorneys for Plaintiff
The Fansler Foundation

DATED: December __, 2007        Roemer, Harnik & Nethery, LLP

By _____
D. Martin Nethery
Attorneys for Defendants
American Realty Investors, Inc. and
Basic Capital Management, Inc.

# ORDER

THE TERMS OF THE PARTIES' STIPULATION ABOVE ARE HEREBY ORDERED BY THIS COURT; However, because the Court does not have access to those terms, this Court is making no finding of legality in such possible enforcement should the matter come before the undersigned for such purpose.

DATED: January 10, 2008

_____
Lawrence J. O'Neill
Judge of the District Court

DOCSSFO-12497053.2

REED SMITH LLP
A limited liability partnership formed in the State of Delaware