**FILED**

NOV 0 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

John S. Siamas (SBN 49061)
Karen A. Braje (SBN 193900)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Telephone:  415.543.8700
Facsimile:  415.391.8269

Attorneys for Plaintiff
The Fansler Foundation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THE FANSLER FOUNDATION, a California non-profit foundation,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN REALTY INVESTORS, INC., a Nevada corporation; and BASIC CAPITAL MANAGEMENT, INC., a Nevada corporation<br><br>Defendants. | No.: 1:04-cv-05285 LJO (DLB)<br><br>[PROPOSED] **JUDGMENT PURSUANT TO STIPULATION** |

Pursuant to the Stipulation for Entry of Judgment in favor of the Fansler Foundation ("Stipulation") entered into by and between Plaintiff The Fansler Foundation ("Plaintiff" or the "Foundation") and Defendants American Realty Investors, Inc., ("ARI") and Basic Capital Management, Inc. ("Basic" and collectively "Defendants"), it is hereby **ORDERED, ADJUDGED AND DECREED**:

1.  Defendants have defaulted on their payment obligations under the Settlement Agreement. The Court finds that there has been an incurable default pursuant to Section 2.1.3.4 of

1  the Agreement.  Plaintiff, therefore, is entitled to judgment in its favor and against Defendants.

3      2.    Plaintiff shall have judgment against ARI and Basic, jointly and severally, in the
4  amount of $3,448,898.80.

6      3.    The total amount of this judgment reflects a total principal payment owed by
7  Defendants of $26,000,000.00, with credit given for Defendants' payments made in the amount of
8  $24,250,000.00.  To the resulting principal balance in the amount of $1,750,000.00, interest in the
9  amount of $1,686,136.80 (simple interest on $17,500,000.00 calculated at the rate of eight percent
10 (8%) commencing June 1, 2008 and running through October 1, 2010)[1] and attorneys' fees and costs
11 in the amount of $12,762.00 shall be added.  Accordingly, the aggregate amount of the judgment
12 shall be $3,448,898.80.

14     4.    The judgment shall accrue post-judgment interest at the rate provided for by law upon
15 entry by this Court.

17     5.    Enforcement of this judgment shall be governed by the terms of the Stipulation.

19 DATED: __Nov 2, 2010__

                                                                                          _____
                                                                                          Lawrence J. O'Neill
                                                                               Judge of the U.S. District Court
                                                                          For the Eastern District of California

US_ACTIVE-104756940.1-KBRAJE11/2/10 1:37 PM

---

[1] Interest continues to accrue from October 2, 2010, through the date of the entry of judgment $383.56 per day.  Upon entry of judgment, interest shall accrue on the judgment at the legal rate until paid.